IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM RAY TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:23-CV-610-MAB[1] |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Order dated August 14, 2023 (Doc. 20), and sentence four of 42 U.S.C. § 405(g), the Commissioner's final decision denying Plaintiff's application for Supplemental Security Income benefits is **REVERSED** and **REMANDED** to the Commissioner for further proceedings and a new decision. Judgment is hereby entered in favor of Plaintiff William Taylor and against Defendant Commissioner of Social Security.

DATED: August 14, 2023.

                                                                                                          **MONICA A. STUMP,**
                                                                                                           **Clerk of Court**

                                                                                                           BY: /s/ Jennifer Jones
                                                                                                                **Deputy Clerk**

APPROVED:  /s/Mark A. Beatty
                       **MARK A. BEATTY**
                       **United States Magistrate Judge**

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c) (*see* Doc. 9).